## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**ACADIA INSURANCE COMPANY**                                              **PLAINTIFF**

**VS.**                                   **CIVIL ACTION NO. 3:12CV188-CWR-LRA**

**HINDS COUNTY SCHOOL DISTRICT**
**AND BRYANT AND JOHNNA COWARD,**
**ON BEHALF OF M.L.C., A MINOR**                                          **DEFENDANT**

**consolidated with**

**BRYANT AND JOHNNA COWARD,**
**FOR AND ON BEHALF OF M.L.C., A MINOR**                                  **PLAINTIFFS**

**VS.**                                   **CIVIL ACTION NO. 3:12CV332-CWR-FKB**

**HINDS COUNTY SCHOOL DISTRICT, ET AL**                                   **DEFENDANTS**

**consolidated with**

**BRYANT AND JOHNNA COWARD,**
**FOR AND ON BEHALF OF M.L.C., A MINOR**                                  **PLAINTIFFS**

**VS.**                                   **CIVIL ACTION NO. 3:12CV731-DPJ-FKB**

**HINDS COUNTY SCHOOL DISTRICT, ET AL**                                   **DEFENDANTS**

### ORDER CONSOLIDATING CASES

Bryant and Johnna Coward, on behalf of M.L.C., a minor, and parties in the above three causes, have requested that the cases be consolidated. No other party has objected to the proposed consolidation. All of the cases relate to the same incident of alleged abuse by a teacher against the minor and to the alleged negligence of the School District in

connection with the same accusations of abuse. The underlying tort case was removed from the Hinds County Circuit Court, and the other cases are declaratory relief actions involving Acadia Insurance Company.

Pursuant to Fed. R. Civ. P. 42(a), the movants request the Court to consolidate the above styled cases for all purposes. Having considered the motion, and the applicable law, the Court finds that there are common issues of law and fact in these cases. The Court finds it appropriate to consolidate the litigation to promote judicial economy and to save the parties unnecessary costs and delay. The motion to consolidate, ECF No. 29, Cause No. 3:12cv188-CWR-LRA, is HEREBY GRANTED.

ACCORDINGLY, it is, therefore, ORDERED:

1. The above styled cases, *Acadia Insurance Company v. Hinds County School District, et al*, Cause No. 3:12cv188-CWR-LRA; *Bryant and Johnna Coward, for and on Behalf of M.L.C., a Minor, v. Hinds County School District*, *et al*, Cause No. 3:12cv332-CWR-FKB; and, *Bryant and Johnna Coward, for and on Behalf of M.L.C., a Minor, v. Hinds County School District*, et al, Cause No. 3:12cv731-DPJ-FKB, are hereby consolidated for all purposes.

2. In accordance with the local rules of the Court, the lower numbered case, Cause No. 3:12cv188-CWR-LRA, shall be the lead case, and that cause number and style may be used for future pleadings for both cases. District Judge Carlton W. Reeves shall be the presiding district judge for the

       consolidated cases, and the undersigned shall be the presiding Magistrate Judge for the consolidated cases.

3.     The Clerk of the Court is directed to make the appropriate revisions to the docket of these cases.

4.     On or before February 4, 2013, counsel are directed to confer regarding appropriate deadlines for the cases in light of the consolidation. If appropriate, Movants shall present a proposed new Case Management Order providing for new deadlines.

IT IS SO ORDERED, this the 16th day of January, 2013.

                                                            S/ Linda R. Anderson
                                        UNITED STATES MAGISTRATE JUDGE