**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**ACADIA INSURANCE COMPANY**                                                                 **PLAINTIFF**

**V.**                                                        **CIVIL ACTION NO. 3:12CV188-CWR-LRA**

**HINDS COUNTY SCHOOL DISTRICT,**
**AND BRYANT AND JOHNNA COWARD,**
**ON BEHALF OF M.L.C., A MINOR**                                                         **DEFENDANTS**

---

**HINDS COUNTY SCHOOL DISTRICT'S**

**NOTICE OF APPEAL**

**TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT OF THE DISTRICT COURT'S ORDER (1) GRANTING ACADIA INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT AND (2) DENYING HINDS COUNTY SCHOOL DISTRICT'S CONSOLIDATED MOTION FOR LEAVE TO FILE A CONSOLIDATED SUPPLEMENTAL RESPONSIVE PLEADING RAISING COUNTERCLAIMS AGAINST ACADIA INSURANCE COMPANY**

---

COMES NOW, Hinds County School District, a Defendant in the above styled and numbered cause[1], and files its Notice of Appeal to the United States Court of Appeals for the Fifth Circuit of the District Court's Order (1) granting Acadia Insurance Company's Motion for Summary Judgment and (2) denying Hinds County School District's Consolidated Motion for Leave to File a Consolidated Supplemental Responsive Pleading Raising Counterclaims against Acadia Insurance Company.[2]  The District Court's Order was Document No. 66 in the above styled and numbered cause and was filed on March 29, 2013.

---

[1] The above styled case is consolidated with *Bryant and Johnna Coward, for and on Behalf of M.L.C., a Minor, v. Hinds County School District, et al.*, 3:12cv332-CWR-FKB and *Bryant and Johnna Coward, for and on Behalf of M.L.C., a Minor, v. Hinds County School District, et al.*, 3:12cv731-DPJ-FKB.

[2] This Consolidated Motion also sought leave to file third party claims against Ace American Insurance Company. However, this portion of the Motion was granted and is not subject of the instant appeal.

Respectfully submitted, this the 24th day of April, 2013.

          McCraney, Coco & Lee, PLLC


          <u>/s/ Lawrence M. Coco, III</u>
          Lawrence M. Coco, III (MSB#100378)

          On behalf of Hinds County School District


OF COUNSEL

Lawrence M. Coco, III
T. Stewart Lee, Jr.
McCraney, Coco & Lee, PLLC
800 Woodlands Parkway, Suite 107
Ridgeland, MS 39157
Telephone:  601.899.0065
Facsimile:  866.733.2008
Email:  lawrence@mccraneycocolee.com

2

## CERTIFICATE OF SERVICE

I, Lawrence M. Coco, III do hereby certify that I have this date electronically filed the above and foregoing document with the Clerk of the Court using the ECF system, which sent notification of such filing to Honorable Carlton W. Reeves and all counsel of record.

This the 24th day of April, 2013.

/s/ Lawrence M. Coco, III
Lawrence M. Coco, III