# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**ACADIA INSURANCE COMPANY**                                **PLAINTIFF**

**v.**                                              **CAUSE NO. 3:12-CV-188-CWR-LRA**

**HINDS COUNTY SCHOOL DISTRICT;**                            **DEFENDANTS**
**BRYANT AND JOHNNA COWARD,** *for*
*and on behalf of M.L.C., a minor*

*consolidated with*

**BRYANT AND JOHNNA COWARD,** *for*                          **PLAINTIFFS**
*and on behalf of M.L.C., a minor*
**v.**                                              **CAUSE NO. 3:12-CV-332-CWR-LRA**

**HINDS COUNTY SCHOOL DISTRICT;**                            **DEFENDANTS**
**ACE AMERICAN INSURANCE**
**COMPANY**

*consolidated with*

**BRYANT AND JOHNNA COWARD,** *for*                          **PLAINTIFFS**
*and on behalf of M.L.C., a minor*
**v.**                                              **CAUSE NO. 3:12-CV-731-CWR-LRA**

**HINDS COUNTY SCHOOL DISTRICT;**                            **DEFENDANTS**
**GARY ROAD INTERMEDIATE**
**SCHOOL; STEPHEN L. HANDLEY,**
*individually and in his official capacity as*
*Superintendent of Hinds County School*
*District*; **KIMBERLY DAVENPORT,**
*individually and in her official capacity as*
*Principal of Gary Road Intermediate*
*School*; **JOHN AND JANE DOES I-X**

## ORDER OF DISMISSAL

THE PARTIES have agreed to and announced to the Court a settlement of this consolidated case, and the Court is desirous that this matter be finally closed on its docket.

IT IS, THEREFORE, ORDERED that this case is hereby DISMISSED WITH PREJUDICE as to all parties. If any party fails to consummate this settlement within thirty (30) days, any aggrieved party may reopen the case for enforcement of the settlement agreement, and if successful, all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to consummate the agreement. The Court retains jurisdiction to enforce the settlement agreement.

SO ORDERED, this the 19th day of August, 2015.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE